LOUIS A. WILDMAN, Respondent, v. MILES ENGRAVING CO., INC., Appellant.— Order modified by providing that the words " circumstances surrounding " be stricken from subdivisions (a) and (e) of the original order for examination, and by confining the examination under said subdivisions to the particular facts referred to therein, and as so modified

affirmed, without costs; the date of the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.